IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| AUTHUR BENJAMIN GALLIEN, | ) | NO.: 4:25-bk-11803 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW Freedom Mortgage Corporation (herein, "Creditor"), a secured creditor holding a Mortgage against the real property located at and commonly known as 2420 Whispering Pine Rd, Little Rock, AR 72210 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 15) (the "Plan").

1. Debtor's Plan fails to provide for payment of Creditor's estimated prepetition arrearage claim.

2. Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $26,276.85. The plan proposes to pay arrears of $25,675.00 directly to Creditor.

3. Additionally, the Plan proposes $100.00 per month to Creditor in pre-confirmation adequate protection but also appears to pay contractual and arrears direct. This seems contradictory. Also, it is difficult to determine if the Debtor is trying to value the collateral in Paragraph 3.4 of the Plan.

4. Creditor objects to the proposed Plan treatment on the grounds of the ambiguous treatment of Creditor.

5. Therefore, Creditor request that the Debtor choose one treatment as to the Subject Property and proceed accordingly as to that treatment.

6. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim and address feasibility concerns pursuant to 11 U.S.C. § 1322(b)(2) and (b)(5), and 11 U.S.C. § 1325(a)(5) and (a)(6).

7. Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

8. Creditor reserves the right to supplement and/or amend this Objection.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

                                                     */s/Charles L. Kennon*
                                                     Charles L. Kennon
                                                     Arkansas BAR NO. 84205
                                                     Attorney for Creditor
                                                     McCalla Raymer Leibert Pierce, LLP
                                                     1544 Old Alabama Road
                                                     Roswell, GA 30076
                                                     725-253-2312

Bankruptcy Case No.: 4:25-bk-11803

Chapter: 13

CERTIFICATE OF SERVICE

I, Charles L. Kennon, of MCCALLA RAYMER LEIBERT PIERCE, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age.

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Authur Benjamin Gallien, PRO SE
2420 Whispering Pine Rd
Little Rock, AR 72210

Joyce Bradley Babin
Chapter 13 Standing Trustee                *(served via ECF Notification)*
P.O. Box 8064
Little Rock, AR 72203-8064


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


| Executed on: | 07/21/2025 | By: | /s/Charles L. Kennon |
| | (date) | | Charles L. Kennon |
| | | | Arkansas BAR NO. 84205 |
| | | | Attorney for Creditor |